FILED
NOV 0 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 78-0776(GT) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT |
| JOSE IDE HIRATA, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefor,

IT IS HEREBY ORDERED that the indictment be dismissed, the arrest warrant be recalled, and the bond exonerated (if applicable) in the above-captioned case.

DATED: November 1, 2010.

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge